# MUSA-OBREGON LAW, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

SHAUKY MICHAEL MUSA-OBREGON, ESQ.
PETER KAPITONOV, ESQ. **
MARIANNY REYES, ESQ.
KARL J. ASHANTI, ESQ.
WWW.MUSA-OBREGON.COM
MOLAWFIRM@GMAIL.COM

*REPLY TO WHITE PLAINS OFFICE
** Admitted in NY/NJ

---

| MASPETH OFFICE | MANHATTAN OFFICE | WHITE PLAINS OFFICE* |
|---|---|---|
| 55-21 69TH ST., 2nd FL | 757 THIRD AVE., 20TH FL | 140 GRAND ST., RM. 307 |
| MASPETH, N.Y. 11378 | NEW YORK, N.Y. 10017 | WHITE PLAINS, N.Y. 10601 |
| TEL (718) 803-1000 | TEL (212) 655-4424 | TEL (914) 380-1436 |
| FAX (718) 374-6576 | FAX (718) 374-6576 | FAX (718) 374-6576 |

**BY ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
District of New Jersey - Newark
2 Federal Square
Newark, NJ 07101

January 29, 2026

RE: *Guamug-Pacheco v. Soto, et al.*,
No.: 26-24
**Request for Extension to File Reply**

To the Honorable Michael E. Farbiarz, U.S.D.J.:

    I am writing to request an extension of time to file my response brief noted in ECF Text Order 11. The deadline to submit the Government's brief was extended from January 23, 2026 to January 26, 2026 while the Petitioner's Reply schedule was unchanged. I am respectfully requesting a similar short extension. If possible, I would like to submit the brief on February 3, 2026 along with my response to the brief mentioned in ECF Text Order 14.
    I have conferred with the Respondent's attorneys and they consent to the extension. Thank you.

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: 1/30/26

Respectfully submitted,

*/s/Peter Kapitonov*
Peter Kapitonov, Esq.
Musa-Obregon Law, P.C.
Attorney for the Petitioner

cc: AUSA Jessica Laserna (By ECF)